# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>STEVEN GRAY | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For **Revocation** of Probation or Supervised Release)<br>)<br>) Case No.  3 21-cr-00127<br>) USM No. 32810-509<br>) <u>Leonard Lucas</u><br>) Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)    <u>1, 2, 3, 4 and 5</u>    of the term of supervision

☐ was found in violation of condition(s) count(s)  _____  after denial of guilt

The defendant is adjudicated guilty of these violations·

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a state crime | 11/12/2023 |
| 2 | Unlawful possession of a controlled substance | 11/12/2023 |
| 3 | Failure to report for random drug testing | 05/13/2024 |
| 4 | Failure to report loss of employment | 05/14/2024 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984

☐ The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances

Last Four Digits of Defendant's Soc Sec No   6848

Defendant's Year of Birth       1997

City and State of Defendant's Residence.
Goodlettsville, Tennessee

04/08/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

April 13, 2026
Date

DEFENDANT: STEVEN GRAY
CASE NUMBER: 3 21-cr-00127

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to follow instructions of probation officer as it relates to the conditions of supervised release | 05/22/2024 |

DEFENDANT: STEVEN GRAY
CASE NUMBER: 3:21-cr-00127

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ·

12 months

☐   The court makes the following recommendations to the Bureau of Prisons.

☑   The defendant is remanded to the custody of the United States Marshal

☐   The defendant shall surrender to the United States Marshal for this district·

   ☐   at  _____ ☐ a m   ☐ p.m   on  _____ .

   ☐   as notified by the United States Marshal

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ☐   before 2 p m  on  _____

   ☐   as notified by the United States Marshal

   ☐   as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows.

Defendant delivered on  _____ to  _____

at  _____ with a certified copy of this judgment

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT·  STEVEN GRAY
CASE NUMBER:   3 21-cr-00127

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of .

 No term of supervised release to follow.